IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PHILLEATRA GAYLOR, : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | |
| vs. : | 1:15-CV-0225-RWS-JCF |
| : | |
| OWEN SMITH, Circuit Librarian of : | |
| U.S. Court of Appeals for the Sixth : | |
| Circuit, CLARENCE MADDOX, : | |
| Circuit Executive of the U.S. Court of : | |
| Appeals for the Sixth Circuit, MEGAN : | |
| LYNESS, Federal Property Manager, : | |
| U.S. General Services Administration, : | |
| CLIFFORD MOSELY, Representative , : | |
| Environment Health Services, : | |
| : | |
| Defendants. : | |

**MEMORANDUM IN SUPPORT OF MOTION FOR
<u>ENLARGEMENT OF TIME</u>**

Fed. R. Civ. P. 6(b) permits the Court broad discretion in granting enlargements of time made prior to the expiration of the time originally permitted to make the subject filing. See <u>Yonofsky v. Wernick</u>, 326 F.Supp. 1005, 1014 (S.D.N.Y. 1973); <u>see also</u> Wright & Miller, Federal Practice and Procedure § 1165 (1987). Defendants' response in this case is due on March 30, 2015. The undersigned counsel has not received from the agencies all of the information needed to prepare a response to Plaintiff's complaint. The undersigned counsel

anticipates that a twenty (20) day enlargement of time will be sufficient time to receive and review the information and prepare a responsive pleading. Consequently, Defendants request that the time for filing a responsive be enlarged, through and including April 20, 2015.  A proposed order granting the enlargement of time is attached.

                Respectfully submitted,

                JOHN A. HORN
                ACTING UNITED STATES ATTORNEY

                <u>/s/ Lisa D. Cooper</u>
                LISA D. COOPER
                ASSISTANT U.S. ATTORNEY
                Georgia Bar No. 186165

                600 Richard B. Russell Bldg.
                75 Spring Street, SW
                Atlanta, Georgia 30303
                (404) 581-6249 tel
                (404) 581-4667 fax

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

        S/Lisa D. Cooper
        _____
        LISA D. COOPER
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing <u>Motion for Enlargement of Time and Memorandum in Support Thereof</u> upon the Plaintiff by causing a copy of it to be deposited in the United States mail first class postage prepaid, and addressed as follows:

>  Philleatra Gaylor
>  740 Lakeview Ave., NE
>  Atlanta, Georgia 30308

This 23rd day of March, 2015.

>  /s/ Lisa D. Cooper
>  Assistant U.S. Attorney