UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 27 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**PHILLEATRA GAYLOR**            :
                                 :
        Plaintiff *pro se*,      :         CIVIL ACTION FILE NO.
                                 :
v.                               :         1:15-CV-0225-RWS-JCF
                                 :
                                 :
**OWEN SMITH**, Circuit Librarian, U.S. Court of :
Appeals for the Sixth Circuit; **CLARENCE** :
**MADDOX**, Circuit Executive, U.S. Court of :
Appeals for the Sixth Circuit; **MEGAN** :
**LYNESS**, General Services Administrator, U.S. :
General Services Administration; **CLIFFORD** :
**L. MOSLEY**, Representative, Environmental :
Health Services                  :
                                 :
        Defendants.              :

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
### FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

COMES NOW the Plaintiff and hereby responds in opposition to Defendants' Motion for an Enlargement of Time to Respond to Complaint (1:15-CV-0225). In opposition thereto, Plaintiff submits the following:

1.   The Defendants' responsive pleading is currently due on or before March 30, 2015. Due to the brevity of the complaint, Defendants' have had ample time to submit to the Acting United States Attorney John A. Horn and Assistant U.S. Attorney Lisa D. Cooper

1

the information needed to prepare a response to Plaintiff's complaint within the 60 days allowed under Fed. R. Civ. P. 12(a)(2).

2. In addition, while working under the direction of Circuit Librarian Owen Smith, no flexibility was extended to Plaintiff. Mr. Smith treated Plaintiff rigidly without mercy which was condoned by Circuit Executive Clarence Maddox.

3. The actions of the Defendants have caused Plaintiff to suffer irreparable harm and further delay would only exacerbate Plaintiff's pain and suffering.

WHEREFORE, Plaintiff objects to Defendants' Motion for Enlargement of Time to file a responsive pleading, and respectfully request this Court to deny the same. Allowing an enlargement of time or extensions of time would set a bad precedent and further harm Plaintiff.

Respectfully submitted this 27th day of March, 2015 after receipt of Motion on March 26, 2015,

Philleatra Gaylor, Pro Se
740 Lakeview Ave NE
Atlanta, GA 30308
(770) 317-3143
pjoycegaylor@gmail.com, gaylorp@gmail.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 27th day of March, 2015, I delivered a copy of this opposition to the counsel of record.

Philleatra Gaylor, Pro Se